JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMI APRIL MUSIC INC., MUSIC SALES CORP., CONTROVERSY MUSIC AND STONE CITY MUSIC, <br><br> Plaintiffs, <br><br> vs. <br><br> CAROLINA MACHUCA AND FRANCISCO ABEL MACHUCA, <br><br> Defendants. | Case No. CV 11-9893 DSF (FFMx) <br><br> JUDGMENT |

Defendants Carolina Machuca and Francisco Abel Machuca ("Defendants") having failed to answer or otherwise respond to the Complaint in this action and their Default having been entered by the Clerk,

NOW, upon the Application of the Plaintiffs and Good Cause appearing therefor, judgment is entered as follows:

1. Defendants and their respective agents, servants, employees, attorneys, and those persons or entities in active participation and concert with them, are enjoined from publicly performing, or causing or permitting to be publicly performed, in their business establishment known as Shooters Nightclub (f/k/a Ruby's Restaurant), located at 1360 East Main Street, in Barstow, in the State of

California, or in any other place owned, controlled or operated by Defendants, and any copyrighted musical composition owned by Plaintiffs, including any copyrighted musical composition in the repertory of Plaintiffs' performing rights licensing organization, the American Society of Composers, Authors and Publishers ("ASCAP"), without first obtaining proper authorization to do so; and

2. Plaintiffs are awarded damages in the sum of $ 6,000.00 for each count of copyright infringement, for a total of $ 18,000.00; attorney's fees in the amount of $ 8,115.75; costs of this action; and interest as permitted by 28 U.S.C. § 1961.

Dated: February 9, 2012

*Dale S. Fischer*

UNITED STATES DISTRICT JUDGE